## ORDER

PER CURIAM.

Jermaine Davis (Defendant) appeals from the judgments on his convictions for two counts of committing violence against an employee of the Department of Corrections, in violation of section 217.385, RSMo 1994. In his appeal, Defendant contends the trial court erred in failing to, *sua sponte,* quash the entire venire panel after a venireperson made inflammatory remarks that tainted the whole jury.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

---

**In re B.B., Appellant.**

**No. ED 76473.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 21, 2000.

Nick A. Zotos, St. Louis, for appellant.

Kathleen B. Kiser, Clayton, for respondent.

---

1. Appellate review of a juvenile proceeding is the same as in other civil court-tried cases. *In re D.L.,* 999 S.W.2d 291, 293 (Mo.App.

---

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

## *ORDER*

PER CURIAM.

Appellant, B.B., a minor, challenges the trial court's judgment finding him within the jurisdiction of the juvenile court based on its finding that he committed statutory sodomy upon a person less than fourteen years old in violation of § 566.062 RSMo 1994, an act for which he would be criminally responsible if he had been tried as an adult. On appeal,[1] Appellant raises two claims of evidentiary error. One asserts improper admission of expert testimony regarding the victim's credibility; the other concerns the trial court's exclusion of an alleged prior inconsistent statement made by the victim. We have reviewed the briefs of the parties and record on appeal, and find no error of law. An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).

---

**Warren ELSER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 76844.**

Missouri Court of Appeals,
Eastern District,
Division Three.

March 21, 2000.

---

E.D.1999); *In Interest of J–M–,* 812 S.W.2d 925, 934 (Mo.App. S.D.1991).